1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TREON D. WRIGHT,                          No.  2:11-cv-2801 GEB AC P

12              Petitioner,

13       v.                                    ORDER

14   R. A. BARNES,

15              Respondent.

16

17          Petitioner filed a document (ECF No. 22) on September 16, 2013 entitled "motion of writ

18   of mandate."  Petitioner seeks adjudication of his petition for writ of habeas corpus pursuant to 28

19   U.S.C. § 2254 which has been submitted since April 16, 2012 and reassigned to the undersigned

20   since November 19, 2012.  Because the petition will be adjudicated shortly, petitioner's request at

21   ECF No. 22 is deemed resolved.

22          IT IS SO ORDERED.

23   DATED: October 2, 2013

24   _____

25   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

26

27   AC:009
     wrig2801.mtn

28

                                              1