UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREON D. WRIGHT,<br><br>          Petitioner,<br><br>     v.<br><br>R. A. BARNES,<br><br>          Respondent. | No.  2:11-cv-2801 GEB AC P<br><br><br><br>ORDER |

Petitioner filed a document (ECF No. 22) on September 16, 2013 entitled "motion of writ of mandate." Petitioner seeks adjudication of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 which has been submitted since April 16, 2012 and reassigned to the undersigned since November 19, 2012.  Because the petition will be adjudicated shortly, petitioner's request at ECF No. 22 is deemed resolved.

IT IS SO ORDERED.

DATED: October 2, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
wrig2801.mtn

1